# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**FILED**
MAY 1 3 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **08CR 383** |
| vs. ) | |
| ) | Hon. Martin C. Ashman |
| OSCAR RAMIREZ ) | |

The undersigned Affiant personally appeared before the Honorable __Martin C. Ashman__, a United States Magistrate Judge, and being duly sworn on oath, states: That at __Clarksburg, in the Northern District of West Virginia__, one, __Oscar Ramirez__, was charged with the offense of __conspiring to distribute more than one hundred (100) kilograms of marijuana__, in violation of Title 21, United States Code, Sections __841(a)(1), 841(b)(1)(B), and 846__, (*see* Ex. A, Indictment) and that on the basis of Affiant's investigation and information received concerning the case through official channels, Affiant does hereby certify that a Warrant of Arrest issued by U.S. District Chief Judge Irene M. Keeley, is outstanding for the arrest of said defendant. *See* Ex. B, Warrant of Arrest.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
FREDERICK OSBORNE
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this __13th__ day of __May__, 2008.

_____
MARTIN C. ASHMAN
United States Magistrate Judge

_____
STEPHEN CHAHN LEE
Assistant United States Attorney

Bond set / recommended by issuing Court at: __"No bond"__

SEALED

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAY 6 - 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Criminal No. 1:08CR45 |
| OSCAR RAMIREZ, | Violations: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 846 |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

(Conspiracy to Distribute More than One Hundred (100) Kilograms of Marijuana)

From a date uncertain but at least the Spring of 2004, to on or about February 17, 2008, at or near Morgantown, Monongalia County, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant OSCAR RAMIREZ did knowingly and willfully combine, conspire, confederate and agree and have a tacit understanding with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy knowingly, and intentionally to possess with intent to distribute and to distribute more than one hundred (100) kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

A True Bill,

/s/
Grand Jury Foreperson

/s/
SHARON L. POTTER
UNITED STATES ATTORNEY

Ex. A

Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v

OSCAR RAMIREZ

**WARRANT FOR ARREST**

CASE NUMBER: 1:08CR45

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  OSCAR RAMIREZ  and bring him or her forthwith to the nearest magistrate to answer a(n)

XX Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

- Conspiracy to Distribute More than One Hundred (100) Kilograms of Marijuana - 1 Count

in violation of Title  21  United States Code, Section(s)  841(a)(1), 841(b)(1)(B) and 846

IRENE M. KEELEY
Name of Issuing Officer

U.S. DISTRICT CHIEF JUDGE
Title of Issuing Officer

_Irene M. Keeley_
Signature of Issuing Officer

Clarksburg, WV   May 6, 2008
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Ex. B