# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 383 - 1 | **DATE** | 5/13/2008 |
| **CASE TITLE** | USA vs. Oscar Ramirez | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 5/13/2008. Defendant appears in response to arrest on 5/13/2008. Defendant informed of his rights. Enter order appointing Robert D. Seeder from the Federal Defender Program as counsel for defendant for removal proceedings only. Defendant waives identity hearing. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant removed in custody to the United States District Court for the Northern District of West Virginia, this is without prejudice to his requesting a detention hearing in West Virginia.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | IS |
|---|---|---|