U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 CR 383-1

USA
v.
Ramirez

*FILED 5-13-08 MAY 13 2008 MARTIN C. ASHMAN UNITED STATES MAGISTRATE JUDGE UNITED STATES DISTRICT COURT*

Removal purposes only

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OSCAR Ramirez

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |  |
| FIRM  FEDERAL DEFENDER PROGRAM |  |
| STREET ADDRESS  55 E. Monroe Street, Suite 2800 |  |
| CITY/STATE/ZIP  Chicago, Illinois   60603 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☑ |  |