UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS, CLERK**     May 14, 2008     OFFICE OF THE CLERK

# FILED

Clerk, U. S. District Court
500 West Pike Street, Room 301
P.O. Box 2857
Clarksburg, WV 26302

MAY 1 4 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Re: U.S. -v- Ramirez

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | | |
|---|---|---|---|
| _X_ | Docket Sheet, Case No.: 08 CR 383 | _X_ | Order of Removal dated: 5/13/08 |
| ____ | Affidavit in Removal | ____ | Final Commitment Proceedings |
| ____ | Financial Affidavit | ____ | Temporary Commitment |
| ____ | Order appointing counsel | ____ | Order setting conditions of release |
| ____ | CJA 20 Form | ____ | Detention Order |
| ____ | Appearance form | ____ | Appearance Bond |
| | | ____ | Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _Laura Springer_
Deputy Clerk