| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Selders_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Selders_  C. Date of Delivery MAY 19 20 |
| 1. Article Addressed to:<br><br>Clerk, U.S. District Court<br>500 West Pike Street Room 301<br>P.O. Box 2857<br>Clarksburg, WV 26302 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED MAY 22 2008<br>MICHAEL CLERK, U.S. DISTRICT COURT<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 9119 0605 |
| PS Form 3811, February 2004 | Domestic Return Receipt  08CR383  102595-02-M-1540 |

08CR383