MHW

FILE COPY / RECEIVED

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

MAY 19 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

**MICHAEL W. DOBBINS,**
   **CLERK**

May 14, 2008

OFFICE OF THE CLERK

Clerk, U. S. District Court
500 West Pike Street, Room 301
P.O. Box 2857
Clarksburg, WV 26302

FILED
JUN - 2 2008
6-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: U.S. -v- Ramirez

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | | |
|---|---|---|---|
| X | Docket Sheet, Case No.: 08 CR 383 | X | Order of Removal dated: 5/13/08 |
| ___ | Affidavit in Removal | ___ | Final Commitment Proceedings |
| ___ | Financial Affidavit | ___ | Temporary Commitment |
| ___ | Order appointing counsel | ___ | Order setting conditions of release |
| ___ | CJA 20 Form | ___ | Detention Order |
| ___ | Appearance form | ___ | Appearance Bond |
| | | ___ | Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
   Deputy Clerk